UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
Sep 13 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ margotn DEPUTY

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

Elinnor Salgado-Cortes,

       Defendant.

Case No. 17cr1552-BTM

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:952,960 - Importation of Cocaine; 21:952, 960 - Importation of Methamphetamine
21:841(a)(1) - Possession of Cocaine with Intent to Distribute; 21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute

Dated: 9/11/2017

Hon. Barry Ted Moskowitz
United States District Judge